**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 359 MAL 2018
                                         :

              Respondent          :

                                           : Petition for Allowance of Appeal from
                                         : the Order of the Superior Court

              v.                   :

                                           :

GARY WILLIAM MILLER, :

                                         :

             Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 20th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.

       Justice Wecht files a Dissenting Statement which Justice Donohue joins.